**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ESTEBAN PAUL MUNOZ SEGARRA,<br>*Petitioner*<br><br>v.<br><br>WARDEN SOUTH TEXAS ICE PROCESSING CENTER, ICE,<br>*Respondents* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. SA-26-CA-01958-XR |

# <u>FINAL JUDGMENT</u>

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

The petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated April 17, 2026. Petitioner was released from detention in accordance with that Order.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this April 23, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE